*De Leon*
*CDIA, Des Moines*

**MAGISTRATE JUDGE BROWN**

| Prob 22 (2/98) | DOCKET NUMBER (Tran Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 91-88 |
| | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: | DISTRICT<br>Southern Iowa | DIVISION<br>United States Probation Office |
|---|---|---|
| Abel Cadena | NAME OF SENTENCING JUDGE<br><br>Harold D. Vietor<br>Senior U.S. District Judge | |
| | DATES OF PROB/TSR RELEASE | FROM<br>6/22/2005 | TO<br>6/21/2010 |

**OFFENSE**

21:846 - Conspiracy to distribute cocaine (Ct. 1)
21:841(a)(1) - Distribute Cocaine (Ct. 2)
21:841(a)(1) - Distribute Cocaine (Ct. 3)

**JUDGE CASTILLO**
**08CR 0048**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

DATED: January 3, 2008.

*signed* HAROLD D. VIETOR
Senior U.S. District Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 1 5 2008
Date                                           United States District Judge

**FILED**
1-17-08
JAN 1 7 2008 CM

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**