UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF IOWA
P. O. BOX 9344
DES MOINES, IA 50306-9344
515-284-6248

February 1, 2008

U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

FILED
FEB 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE:   USA V. Abel Cadena
      IA/SD Docket #: 91-88
      ND/IL Docket #: 08-cr-48

Dear Clerk:

Pursuant to the transfer of jurisdiction of the above-noted case to the Northern District of Illinois, enclosed please find certified copies of the docket sheet, indictment, and judgment.

Sincerely,

MARJORIE E. KRAHN
CLERK OF COURT

By: *[signature]*
Deputy Clerk

Enclosures

cc:   U.S. Probation Office, Des Moines, Iowa

# CRIMINAL DOCKET · U.S. District Court

| | | | |
|---|---|---|---|
| PO ☐ | 863 04 6307 | | Docket No. 91-00088 |
| Misd. ☐ | 3-30-92 | vs. CADENA, ABEL | Case Filed 08/23/91 |
| Felony ☒ | District / Off / Judge / Mag. | ☐ JUVENILE ☐ ALIAS | No. of Def's: 1 |

Appeal traced 2/7/8

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21:846 | Conspiracy to distribute cocaine, a Sch II controlled substance | 1 | |
| 21:841(a)(1) | Distribution of cocaine, a Sch II controlled substance | 2,3 | |

## II. KEY DATE

**INTERVAL ONE**
- KEY DATE: 8-29-91 — EARLIEST OF: ☒ arrest, ☐ sum'ns, ☒ custody, ☐ appears—on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- KEY DATE: 8-23-91 APPLICABLE — ☒ Indictment filed/unsealed, ☐ consent to Magr. trial on complaint, ☐ Information, ☐ Felony-W/waiver
- KEY DATE: 9-20-91 — a) ☒ 1st appears on pending charge /R40, b) ☐ Receive file R20/21, c) ☐ Supsdg: ☐ Indt ☐ Inf, d) ☐ Order New trial, e) ☐ Remand, f) ☐ G/P Withdrawn

**END INTERVAL TWO**
- KEY DATE: 11-4-91 APPLICABLE — ☐ Dismissal, Pled guilty ☐ After N.G., Nolo ☐ After nolo, ☒ Trial (voir dire) began ☒ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 11-7-91 | SENTENCE DATE 3-30-92 | PTD / Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. |
|---|---|---|---|
| Summons | Issued / Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT ▶ | | | |

- INITIAL APPEARANCE DATE ▶
- PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled / Date Held
- ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT — Tape Number
- OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest / OFFENSE (In Complaint)

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. ATTORNEYS

U.S. Attorney or Asst.

**Lester A. Paff**

Defense: 1 ☐ CJA, 2 ☒ Ret., 3 ☐ Waived, 4 ☐ Self, 5 ☐ Non/Other, 6 ☐ PD, 7 ☐ CD

Guillermo F. Martinez
David M. Jankura
2653 North Milwaukee Avenue
Second Floor Suite
Chicago, IL 60647
(312)278-7777

FAX: 1-312-278-5429

§2255 motion:

Arturo Hernandez
15 South 34th St.
San Jose, California 95116
408-729-5785

I DO HEREBY ATTEST AND CERTIFY THAT THIS IS A TRUE AND FULL COPY OF THE ORIGINAL.

DATE: 2/1/07
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____
DEPUTY CLERK

**BAIL • RELEASE**

PRE-INDICTMENT
- Release Date:
- ☐ Bail Denied ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- AMOUNT SET: $
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
- Date Set:
- ☐ Bail Not Made
- Date Bond Made

POST-INDICTMENT
- Release Date:
- ☒ Bail Denied ☐ Fugitive ☐ Pers. Rec. ☐ PSA
- AMOUNT SET: $
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
- Date Set:
- ☐ Bail Not Made
- Date Bond Made

**FINE AND RESTITUTION PAYMENTS** — [X] Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Yr. 91 | Docket No. 00088 | Def. 1 | [X] MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE 1 OF | VI EXCLUDABLE DELAY Start Date/End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|---|---|---|

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

MAGISTRATES PAPERS: fr. Illinois/Northern - E. Div -- Affidavit in Removal Proceedings; CJA 23; Minute Form - detention order & removal to Iowa/Southern.

| Date | No. | Proceeding |
|---|---|---|
| 8-23-91 | 1. | INDICTMENT in 3 counts: (ending dates of offenses: Ct 1 6-12-91; Ct 2 3-90; Ct 3 6/12/91) |
| 8-23-91 | 2. | CLERK'S COURT MINUTES - GJ Presentment: Order to docket; Secret; warrant to issue; defendant to be detained (REL) |
| 8/23/91 | -- | Warrant issued and delivered to U. S. Marshals |
| 9-20-91 | 3. | CLERK'S COURT MINUTES - Arraignment. NG plea, trial set for 11-4-91. Judge will enter Order of Detention. If bond is needed, can request to vacate the detention order and set bond. P. Bridges Deputy Clerk. C. to REL, USA, USM, USPO, JRR, RSR. |
| 9-20-91 | 4. | ORDER SETTING TRIAL. Case shall come on for trial on: 11/4/91; Rul 16 Materials shall be furnished by: 10/1/91; Reciprocal by: 10-28-91; PT Mtns. filed by 10/11/91; counsel for def. shall notify JRR if trial will be necessary by: 10/28/91. /REL. C. to Counsel, USM, USPO, JRR, RSR, & Sheryl |
| 9-20-91 | 5. | APPEARANCE OF DAVID M. JANKURA FOR DEF. CADENA. |
| 9-20-91 | 6. | APPEARANCE OF GUILLERMO F. MARTINEZ FOR DEF. CADENA. |
| 9-20-91 | 7. | NOTICE RE: SPEEDY TRIAL ACT signed by Guillermo F. Martinez. |
| 9-20-91 | 8. | NOTICE RE: SPEEDY TRIAL ACT signed by David M. Jankura. |
| 9-20-91 | 9. | DETENTION ORDER (REL)    C. to Counsel, USA, USM & USPO. |
| 9-24-91 | 10. | Return: Warrant for Arrest (USM): exec 8-29-91. |
| 11-1-91 | 11. | Government's Proposed Jury Instructions (USA). |
| 11-1-91 | 12. | Government's Trial Brief (USA). |
| 11-1-91 | 13. | Government's Requested Voir Dire (USA). |
| 11-1-91 | 14. | Government Witness List (USA). |
| 11-1-91 | 15. | Plaintiff's Propose Exhibit List (USA). |
| 11-4-91 | 16. | Challenge Sheet. |
| 11-4-91 | 17. | Clerk's Court Minutes - 1st day of Jury Trial (HDV): Jury empaneled; USA & defendant's opening statement; USA proceeds with evidence; Guadalupe McCarney interprets proceedings for USA witnesses. Ct. Rep.: Theresa J. Kenkel.    js. |
| 11-5-91 | 18. | Clerk's Court Minutes - 2nd day of Jury Trial (HDV): USA proceed w. evidence & rests; defendant's motion for J/A on all counts, DENIED. Ct. Rep.: Theresa J. Kenkel.    js. |
| 11-6-91 | 19. | Trial Witnesses & Exhibits List. |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   ABEL CADENA   91  91-00088  01

AO 256A

| DATE | PROCEEDINGS (continued) —(Document No.)— | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 11-6-91 | 20. Clerk's Court Minutes - 3rd day of Jury Trial (HDV): defendant proceed w. evidence & rests; evidence concluded; defendant renew motions for J/A; instructions to the jury; closing & final arguments fo counsel; alternate jurors excused, jury retires to deliberate verdict. Ct. Rep.: Theresa J. Kenkel. | js. |
| 11-6-91 | 21. Jury Note. | |
| 11-6-91 | 22. Response to Jury Question (HDV). | |
| 11-7-91 | 23. Jury Question. | |
| 11-7-91 | 24. Response to Jury Question (HDV). | |
| 11-7-91 | 25. Instructions to the Jury (HDV) & Verdict Forms: guilty as to counts 1,2, & 3, /s/ Michael A. Cortesio, Sr., Foreperson. | |
| 11-7-91 | 26. Clerk's Court Minutes - 4th day of Jury Trial (HDV): jury deliberates verdict, returns verdict, polled, discharged; PSR ord by 12-20-91; sentencing set for 1-24-92, 1:30 pm.; defendant detained. Ct. Rep.: Theresa J. Kenkel. | js. |
| 12-19-91 | 27. PARTIAL TRANSCRIPT: Trial Transcript on 11-4-91; Vol I; Theresa J. Kenkel, CSR.; Loose in File. | |
| 12-19-91 | 28. PARTIAL TRANSCRIPT: Trial Transcript on 11-5-91; Vol II; Theresa J. Kenke;, CSR.; Loose in File. | |
| 12-19-91 | 29. PARTIAL TRANSCRIPT: Trial Transcript on 11-6-91; Vol III; Theresa J. Kenkel, CSR.; Loose in File. | |
| 12-19-91 | 30. PARTIAL TRANSCRIPT: Trial Transcript on 11-7-91; Vol IV; Theresa J. Kenke, CSR.; Loose in File. | |
| 1-24-92 | 31. ORDER (HDV): Sentencing postponed; Order rescheduling sentencing will be entered at a later date. Cy to cnsl, USA, USM, USPO. EOD 920124 st. | |
| 2-3-92 | 32. ORDER SCHEDULING SENTENCING (HDV): Sentencing set for March 30, 1992 at 1:30 P.M. Cy to cnsl, USA, USM, USPO. EOD 920203 st. | |
| 3-30-92 | 33. Clerk's Court Minutes - Sentencing (HDV): defendant obj to PSR; defendant motion for 2 level reduction for acceptance of responsibility, DENIED; USA motion for 2 level increase for obstruction of justice, GRANTED; Court finds facts & guidelines computations to be as set forth in PSR except re. amount of cocaine defendant is responsible eg. para 5; defendant advised of right to appeal; defendant gives notice of appeal. Ct. Rep.: Theresa J. Kenkel. | js. |
| 3-30-92 | 34. Judgment in a Criminal Case (HDV): spec assessment - $150.00; impr on ea ct as to cts 1,2,3 - 188 months, concur; remanded to custody of USM; supervised release - 5 yrs; fine waived. 204-OJ-14. Cy to cnsl, USA, USM, USPO. EOD 920401 js. | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 4-2-92 | 35. Conditions of Supervised Release (USPO). Cy to USA, USPO. | |
| 4-3-92 | 36. Presentence Report (USPO): Sealed by Order of Court (HDV): Loose in File. | |
| 4-7-92 | 37. Notice of Appeal. | |
| 4-9-92 | I hereby, certify that I mailed a copy of the Notice of Appeal to the attorneys of record as are listed on the docket in this case. James R. Rosenbaum, Clerk By: _____, Deputy Clerk | |
| 4-9-92 | 38. Order Regarding Transcript (JRR): Cy to cnsl, USA, Ct. Rep. EOD 920409 js.<br>Name/Address of Court Reporter: Theresa J. Kenkel, Peterson Court Reporter<br>606 First Interstate Bank Building<br>317 Sixth Avenue, Des Moines IA 50309-4155<br>515-243-6596<br>1-800-541-5971 | |
| 5-4-92 | 39. Transcript: Sentencing on 3-30-92; Theresa J. Kenkel, CSR; Loose in File. | |
| 5-13-92 | 40. SATISFACTION OF JUDGMENT FILED BY U.S.A. | |
| 3-1-93 | 41. COURTESY COPY OF OPINION FROM CIRCUIT-affirming judgment of district court. | |
| 3-25-93 | 42. MANDATE rec'd from Circuit -affirming judgment of district cour | |
| 8/21/95 | 43. Deft's motion for §2255. EOD 8/22/95 me. =CWL # 4-95-70591 | |
| 8-22-95 | 44. Initial Review Order (HDV): ord USA to respond to defendant's § 2255 motion on/before 9-13-95. Cy to cnsl. EOD 950830 js. | |
| 9-12-95 | 45. Plaintiff, United States Response to Defendant's Cadena's 28 USC § 2255 Motion (USA). | |
| 9-12-95 | 46. Plaintiff, United States Brief in Resistance to Defendant Cadena's 28 USC § 2255 Motion (USA). | |
| 10-2-95 | 47. Defendant's Request for Leave to Answer Government's Brief in Resistance to Defendant's 28 USC § 2255 Motion & Order (JRR): granting defendant until 10-15-95 to file answer to USA resistance brief. Cy to cnsl. EOD 951005 js. | |
| 10/16/95 | 48. DEFT'S REQUEST FOR EXTENSION OF TIME TO ANSWER GOVT.'S BRIEF | |
| 10/16/95 | 49. ORDER (JRR) granting extension to and including 10/25/95 to file respond to Govt.'s brief. C. to counsel. | |
| 10-30-95 | 50. Answer in Opposition to the Government's Brief in Resistance to Defendant Cadena's 28 USC Section 2255 Motion. | |
| 10-30-95 | 51. Declaration of Counsel Arturo Hernandez, Esq., in Support of Answer to Government's Resistance to Defendant's 28 USC Section 2255 Motion. | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   ABEL CADENA   91  91-00088  01

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 11-17-95 | 52. Order Setting Deadline (HDV): parties granted to/including 1/5/96 within which to invoke the processes of discovery under Rule 6(a). Cy to cnsl, USA. EOD 951120 js. | |
| 1-5-96 | 53. Request for Two-Week Extension of Time of the Discovery Cut-Off Date. | |
| 1-5-96 | 54. Ruling and Order (HDV): defendant's request for two-week extension, etc. is GRANTED, deadline for parties to seek leave of court to invoke processes of discovery is extended to/including 1/19/96. Cy to USA, cnsl. EOD 960109 js. | |
| 1-23-96 | 55. Multiple Motions by Counsel for Cadena: Request for One Day Extension of Discovery Cut-Off Date; Declaration in Support of ....; Request for Leave to Take Depositions on Oral Interrogatories (Rule 6, Rules Governing 28 USC § 2255 Proceedings; FRCP Rule 26(a),30); Memorandum of Points & Authorities in Support of .....; Declaration in Spport of ....; (Proposed) Notice of Taking Deposition on Oral Interrogatories - Jankura; (Proposed) Notice of Taking Deposition on Oral Interrogatories - Paff; (Proposed) Order Authorizing the Taking of Depositions on Oral Interrogatories. | |
| 1-24-96 | 56. Order (HDV): defendant's request for one day extension of discovery dut-off date, GRANTED. Cy to cnsl, USA. EOD 950124 js. | |
| 2-8-96 | 57. Request for Leave to Take Depositions on Oral Interrogatories. | |
| 2-8-96 | 58. Memorandum of Points & Authorities in Support of Motion to Take Oral Interrogatories. | |
| 2-8-96 | 59. Declaration of Counsel Re. In Support of Motion to Take Depositions on Oral Interrogatories. | |
| 2-8-96 | 60. (Proposed) Notice of Taking Deposition on Oral Interrogatories. | |
| 2-8-96 | 61. (Proposed) Notice of Taking Deposition on Oral Interrogatories. | |
| 2-8-96 | 62. Ruling and Order (HDV): ord defendant authorized to take depositions of Jankura & Parr on oral interrogatories; ord that the costs of transcripts of the depositions be paid by the defendant. Cy to USA, cnsl, Jankura. EOD 960209 js. | |
| 2/29/96 | 63. Govt's Resistance to Deft's Request f/Leave to Take Depositions and Motion For Reconsideration. EOD 3/5/96 me. | |
| 3/5/96 | 64. Govt's Status Report to the Court. EOD 3/6/96 me. | |
| 5/14/96 | 65. ORDER SCHEDULING HEARING AND PREHEARING CONFERENCE (HDV) Prehrng. Conf. will be 11 a.m. Wed., 5/29; Final Hrng. re § 2255 at 1:30 p.m. on 6/13    EOD 960514 kb | |
| 5/21/96 | 66. LEAVE TO WITHDRAW (HDV) is granted to Cadena; Mtn. § 2255 is withdrawn w/o prejudice; Hrngs. are cancelled (cc: counsel) EOD 960524 kb | |
| 5/23/96 | 67. CADENA's Status Rept. & Req. for Leave to Withdraw § 2255 Mtn. w/o Prejudice; and Declaration of Counsel   EOD 960524 kb | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 3\98 | File sent to Records Center | |
| 8,  8/22/07 | Request for modifying the conditions of term of supervision with consent of the offender and waiver of heawring<br>cc: USA, USPO, USM | EOD 8/27/07 |
| 9,  8/22/07 | Ordermodifying conditions of supervision (HDV)<br>cc: USA, USPO, USM | EOD 8/27/07 |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 91-88 |
| Plaintiff, ) | |
| ) | |
| v. ) | I N D I C T M E N T |
| ) | (T. 21 U.S.C. §841(A)(1) |
| ABEL CADENA, ) | and T. 21 U.S.C. §846) |
| ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

### COUNT 1

From on or about July 1, 1989 to on or about June 12, 1991, in the Southern District of Iowa, ABEL CADENA, did knowingly and intentionally conspire, confederate and agree with divers other persons to the grand jury, known and unknown to commit the following offense against the United States of America, to knowingly and intentionally distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Section 846.

THE GRAND JURY FURTHER CHARGES:

### COUNT 2

On or about March, 1990, in the Southern District of Iowa, defendant ABEL CADENA, did knowingly and intentionally distribute cocaine, a Schedule II controlled substance.

This is in violation of Title 21, United States Code, Section 841(a)(1).

I DO HEREBY ATTEST AND CERTIFY THAT THIS IS A TRUE AND FULL COPY OF THE ORIGINAL.

DATE: 2/1/07
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____
DEPUTY CLERK

THE GRAND JURY FURTHER CHARGES:

### COUNT 3

On or about June 12, 1991 in the Southern District of Iowa, defendant ABEL CADENA, did knowingly and intentionally distribute cocaine, a Schedule II controlled substance.

This is in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

# United States District Court

Southern District of Iowa

UNITED STATES OF AMERICA
V.

ABEL CADENA,

(Name of Defendant)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: Cr. 91-88

DAvid M. Jankura
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____
☒ was found guilty on count(s) one, two, and three of the Indictment filed August 23, 1991 after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | Conspiracyt to distribute cocaine, a Schedule II controlled substance. | 12 Jun 91 | One |
| 21:841(a)(1) | Distribute cocaine. | Mar 90 | Two |
| 21:841(a)(1) | Distribute cocaine. | 12 Jun 91 | Three |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☒ It is ordered that the defendant shall pay a special assessment of $ __150.00__, for count(s) one, two, and three, which shall be due ☒ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 30, 1992
Date of Imposition of Sentence

_[signature]_
Signature of Judicial Officer

HAROLD D. VIETOR, Chief Judge
U.S. District Court
Name & Title of Judicial Officer

March 30, 1992
Date

Defendant's Residence Address:
DATE: 2/1/08
MARJORIE E. ____
CLERK, U.S. DISTRICT COURT
BY: _[signature]_
DEPUTY CLERK

THIS IS A TRUE COPY

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant: Cadena  Judgment—Page 2 of 4
Case Number: Cr. 91-88  **IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __188 months on each count as to counts one, two, and three__.

The sentences of imprisonment imposed on counts one, two, and three shall run concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons: that the defendant be incarcerated in an institution located near the Chicago, IL area where his family lives, perhaps the facility at Oxford, WI.

☒ The defendant is remanded to the custody of the United States marshal.
☐ The defendant shall surrender to the United States marshal for this district,
   ☐ at _____ a.m./p.m. on _____.
   ☐ as notified by the United States marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States marshal.
   ☐ as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal

Defendant: Cadena
Case Number: Cr. 91-88

Judgment—Page 3 of 4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of

five years

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

[X] The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

[X] The defendant shall not possess a firearm or destructive device.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.