UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0048 |
| v. | ) | |
| | ) | Hon. Ruben Castillo |
| ABEL CADENA | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

         By:  s/Lisa M. Noller
             LISA M. NOLLER
             Assistant United States Attorney
             219 South Dearborn Street, 5th Floor
             Chicago, Illinois 60604
             (312) 353-5314

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

was served on June 9, 2008 pursuant to the district court's ECF system as to ECF filers.

By: s/Lisa M. Noller
LISA M. NOLLER
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5314