# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 48 - 1 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Abel Cadena | | |

**DOCKET ENTRY TEXT**

Rule to show cause hearing why supervised release should not be revoked held on 7/16/2008. Defendant appeared and admitted to the violations. Defendant is ordered to participate in residential treatment at the Salvation Army for a term of up to 120 days. The Court will hold a status hearing on 1/14/2009 at 9:30 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | RO |
|---|---|---|